IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| JULIE SU, ACTING SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>   PLAINTIFF,<br>v.<br><br>STRONGBUILT, LLC, a New Mexico limited liability company, STRONGBUILT PLUMBING & AIR, LLC, an Arizona limited liability company, ANY HOUR, LLC, a Utah limited liability company, and JOHN SCHAMAHORN, an individual.<br><br>   DEFENDANTS. | CIVIL ACTION NO. 1:23-cv-1124<br><br>**CONSENT JUDGMENT AND INJUNCTION** |

     Julie Su, Acting Secretary of Labor, United States Department of Labor (the "Secretary") and Strongbuilt, LLC, Strongbuilt Plumbing & Air, LLC, John Schamahorn (together as "Strongbuilt Defendants"), and Any Hour, LLC (collectively as "Defendants"), have agreed to resolve the matters in controversy in this civil action and consent to the entry of this Consent Judgment and Injunction ("Judgment").

     A.    The Secretary filed a Complaint in the above-captioned proceeding alleging Defendants violated sections 7, 11, and 15 of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 207, 211, and 215 ("FLSA" or "Act"). Defendants are represented by counsel and having received a copy of the Complaint, waive issuance of service of process of the Summons and their answer to the Complaint, and stipulate to their inclusion in this action.

     B.    The Court has jurisdiction over the parties and subject matter of this civil action and venue lies in the District of New Mexico.

     C.    Strongbuilt Defendants agree and certify that they are in compliance with the

provisions of the FLSA, that they intend to remain in compliance with the FLSA, including its minimum wage, overtime compensation, and record keeping provisions.

D. The Secretary and Defendants agree to the entry of this Judgment in settlement of this action without further contest.

NOW, therefore, upon joint motion of the Secretary and Defendants, and for cause shown, it is hereby:

ORDERED, ADJUDGED, and DECREED, that Defendants, their officers, agents, employees, and each of them hereby is, permanently enjoined and restrained from violating the provisions of the FLSA, including the minimum wage, overtime, recordkeeping, and retaliation provisions, 29 U.S.C. §§ 206, 207, 211, and 215.

## PERMANENT INJUNCTION

1. Defendants shall not, contrary to sections 6 and 15(a)(2) of the FLSA, pay any employees of Strongbuilt Defendants wages at a rate less than $7.25 per hour (or at a rate less than such other applicable minimum rate as may hereafter be established by amendment to the FLSA).

2. Defendants shall not, contrary to sections 7 and 15(a)(2) of the FLSA, employ any non-exempt employees of Strongbuilt Defendants for workweeks longer than forty hours without compensating such non-exempt employees for their employment in excess of forty hours per workweek at rates not less than one-and-one-half times the regular hourly rates at which they are employed.

3. Defendants shall not, contrary to sections 11(c) and 15(a)(5) of the FLSA, fail to make, keep, and preserve adequate and accurate records of Strongbuilt Defendant employees, and of the wages, hours, and other conditions and practices of employment as prescribed by the

regulations issued and from time to time amended pursuant to section 11(c) of the FLSA and found at 29 C.F.R. Part 516.

4. Defendants shall not, contrary to section 15(a)(3), in any way discriminate, retaliate or take any adverse employment action, or threaten or imply that adverse action will be taken, against any Strongbuilt Defendant employee who exercises or asserts his or her rights under the FLSA (including without limitation, providing information to any public agency investigating compliance with the FLSA, filing any complaint or instituting or causing to be instituted any proceeding under or related to the FLSA, testifying or preparing to testify in any such proceeding, or serving or preparing to serve on an industry committee).

## PAYMENT OF BACK WAGES AND LIQUIDATED DAMAGES

5. Defendants are hereby enjoined from withholding and are ordered to pay to the Secretary the total sum of $331,443.22 in back wages for unpaid overtime compensation (less credit for any amounts paid before entry of this Judgment upon providing the Secretary sufficient proof of payment) and an additional $331,443.22 in liquidated damages that is hereby due under the FLSA and this Judgment to the individuals and in the amounts and time periods on the attached Exhibit A (or any amendments thereto).

6. Defendants will pay the Secretary the aggregate amount of $662,886.44 within 30 calendar days from the entry of this Judgment and may submit such payment online by ACH transfer, credit card, debit card, or digital wallet by going to https://www.pay.gov/public/form/start/77705201 or by going to www.pay.gov and searching for "WHDBWSW." The Case Identification Number is 1967412. Alternatively, Defendants may send a cashier's check or other certified funds to the U.S. Department of Labor, Wage and Hour Division, 525 S. Griffin Street, Room #800, Dallas, TX 75202-5007. The words "Strongbuilt

BW/LD" should be stated on the check. The payment shall be considered timely if it is postmarked on or before the scheduled payment date. Any defaulted balance shall be subject to the assessment of interest and penalty interest rates, and collections costs, as required by the Debt Collection Improvement Act of 1996 (Public Law 104-134).

7. Within 20 calendar days from the entry of this Judgment, Defendants will provide to the Secretary the employee identification information on file (as required to be kept under 29 C.F.R. Part 516) for each individual on Exhibit A, including full name, last known address, and social security number.

8. The Secretary, for back wages owed, will compute the tax deductions, consisting of federal income tax withholding and the employee's share of the social security (FICA) tax, provide an itemization thereof, and distribute the monies to the employees or former employees identified on Exhibit A (which includes the corresponding amount owed to each individual) or their legal representatives as their interests may appear. Defendants are responsible for the employer's share of the FICA tax with regard to the back wages distributed by the Secretary.

9. Any sums which cannot be distributed to the employees, or to their personal representatives because of the inability of either the Secretary or Defendants to locate the proper persons or because of any person's refusal to accept payment, shall be deposited by the Secretary in a special deposit account to be paid to the rightful employee. If such sums are not claimed by the employee (or a personal representative of the employee) within three years, the Secretary shall deposit them into the United States Treasury as miscellaneous receipts.

## MISCELLANEOUS PROVISIONS

10. Defendants shall not in any way directly or indirectly, demand, require or accept any of the back wages or liquidated damages from any of their past or current employees, including

without limitation those listed on the attached Exhibit A. Defendants shall not threaten or imply that adverse action will be taken against any employee because of their receipt of funds to be paid under this Judgment.

11. By entering into this Judgment, the U.S. Department of Labor does not waive its right to conduct future investigations of Defendants and to take appropriate enforcement action with respect to any past, present, or future violations disclosed by such investigations, including, but not limited to, assessment of civil money penalties.

12. This Judgment shall not be interpreted to prejudice or preclude the rights of any employees of Defendants not listed in Exhibit A to this Judgment to file any action against Defendants under section 16(b) of the Act. Nor shall this Judgment be interpreted to prejudice or preclude the Secretary of Labor, or any employees of Defendants, to file any action against Defendants under the Act covering violations alleged to have occurred after December 31, 2023.

13. Each party shall bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding to date with no costs, including, but not limited to, any costs referenced under the Equal Access to Justice Act, as amended.

**IT IS SO ORDERED.**

Dated this 15th day of March 2024.

BY THE COURT:

UNITED STATES DISTRICT JUDGE

Entry of the foregoing Judgment is hereby consented to:

| SECRETARY OF LABOR | DEFENDANTS |
|---|---|
| | **STRONGBUILT, LLC** |
| SEEMA NANDA<br>Solicitor of Labor | *Lincoln Walpole* (DocuSigned)<br>Lincoln Walpole<br>Vice President |
| JOHN RAINWATER<br>Regional Solicitor | |
| LYDIA TZAGOLOFF<br>Associate Regional Solicitor | **STRONGBUILT PLUMBING & AIR, LLC**<br>*Lincoln Walpole* (DocuSigned)<br>Lincoln Walpole<br>Vice President |
| /s/ Tyler P. McLeod<br>Tyler P. McLeod<br>Senior Trial Attorney<br>United States Department of Labor<br>Office of the Solicitor<br>1244 Speer Boulevard, Suite 515<br>Denver, Colorado 80204-3516<br>Tel. (303) 844-0936<br>Fax (303) 844-1753<br>mcleod.tyler.p@dol.gov | **ANY HOUR LLC**<br>*Lincoln Walpole* (DocuSigned)<br>Lincoln Walpole<br>Chief Financial Officer<br><br>_____<br>John Schamahorn |

**As to form:**

/s/ Melissa A. Macchia
Melissa A. Macchia, Esq.
Taft/
One Indiana Square, Suite 3500
Indianapolis, IN 46204
Tel. (317) 713-3552
Fax (317) 713-3699
MMacchia@taftlaw.com

EXHIBIT A

| Last Name | First Name | BW Start Date #1 | BW End Date #1 | Original Sec 7 BW Due |
|---|---|---|---|---|
| **Adell** | **Adam** | 10/10/2022 | 12/31/2023 | $ 1,984.50 |
| Aguilar | Mark | 6/6/2022 | 12/31/2023 | $ 3,118.50 |
| Aguilar | Matthew | 3/9/2021 | 9/13/2021 | $ 756.00 |
| Anchondo-Rascon | Jesus | 5/8/2023 | 12/3/2023 | $ 1,346.40 |
| Aragon | Arturo | 8/24/2021 | 11/21/2021 | $ 462.00 |
| Arce | Adam | 6/22/2020 | 1/14/2022 | $ 3,118.50 |
| Archuleta | Manny | 6/22/2020 | 9/26/2022 | $ 4,189.50 |
| Archuleta | Patrick | 7/17/2023 | 12/31/2023 | $ 938.40 |
| Armijo | Angelo | 11/29/2021 | 1/9/2022 | $ 192.50 |
| Armstrong | Colbe | 2/7/2022 | 6/3/2022 | $ 652.80 |
| Arutyunyan | Ayk | 6/22/2020 | 7/15/2020 | $ 652.80 |
| Baca | Anthony | 8/5/2022 | 2/20/2023 | $ 1,078.00 |
| Badillo | Alfredo | 10/10/2022 | 1/27/2023 | $ 472.50 |
| Ballard | Mike | 6/22/2020 | 3/15/2021 | $ 1,463.00 |
| Bard | Steven | 12/15/2020 | 1/23/2022 | $ 2,194.50 |
| Barela | Rudy | 6/13/2023 | 12/31/2023 | $ 1,142.40 |
| Barr | Christopher | 10/24/2022 | 12/31/2023 | $ 2,348.50 |
| Bay | Brandon | 6/7/2021 | 7/25/2021 | $ 189.00 |
| Bejar | Jose | 6/22/2020 | 12/31/2023 | $ 7,045.50 |
| Birner | Bradley | 1/13/2023 | 5/1/2023 | $ 577.50 |
| Botkin | Colton | 2/9/2022 | 9/4/2022 | $ 1,116.50 |
| Bowman | Dustin | 4/18/2022 | 5/27/2022 | $ 192.50 |
| Breneman | Timothy | 4/19/2023 | 9/18/2023 | $ 808.50 |
| Bridges | Komatar | 6/22/2020 | 8/10/2020 | $ 285.60 |
| Brown | Mitchell | 6/22/2020 | 12/31/2022 | $ 7,466.40 |
| Burns | Ethan | 1/4/2023 | 12/31/2023 | $ 1,963.50 |
| Calabaza | Valentino | 1/5/2022 | 4/5/2023 | $ 2,502.50 |
| Campas | Chase | 3/14/2022 | 12/31/2023 | $ 3,580.50 |
| Carbajal | John | 6/19/2023 | 12/31/2023 | $ 1,039.50 |
| Carradine | Brandon | 5/17/2023 | 6/26/2023 | $ 192.50 |
| Carter | Joseph | 7/26/2021 | 10/24/2021 | $ 378.00 |
| Castro | Ruben | 4/5/2021 | 5/30/2021 | $ 269.50 |
| Cervantes | Edward | 6/22/2020 | 11/22/2020 | $ 856.80 |
| Cervantes | Jose | 7/31/2023 | 9/15/2023 | $ 189.00 |
| Cisco | Joshua | 6/22/2020 | 7/5/2021 | $ 2,079.00 |
| Contreras | Dominic | 7/22/2020 | 12/26/2021 | $ 2,849.00 |
| Coronado-Solis | Cristian | 2/3/2022 | 6/5/2023 | $ 2,815.20 |
| Corrales | Victor | 6/22/2020 | 6/19/2022 | $ 4,235.00 |
| Cresap-Fox | Troy | 9/20/2022 | 12/9/2022 | $ 1,540.00 |
| Cross | Elton | 6/22/2020 | 10/11/2020 | $ 2,578.18 |
| D'Attilio | Bryce | 5/10/2021 | 8/22/2021 | $ 571.20 |
| Davidson | John | 1/4/2021 | 11/19/2021 | $ 1,836.00 |
| Davis | Samuel | 4/5/2021 | 5/9/2021 | $ 154.00 |
| Devore | Chris | 1/11/2021 | 3/7/2021 | $ 285.60 |
| Domiguez | Michael | 1/25/2021 | 4/11/2021 | $ 408.00 |

| | | | | | |
|---|---|---|---|---|---:|
| Dominguez | Christopher | 8/15/2022 | 9/15/2023 | $ | 2,156.00 |
| Dominguez | Felix | 8/15/2022 | 12/31/2023 | $ | 2,733.50 |
| Ebanez | Tristan | 3/27/2023 | 12/31/2023 | $ | 1,501.50 |
| Ecord | Joshua | 1/25/2021 | 5/16/2021 | $ | 612.00 |
| Edenfield | Joshua | 7/10/2023 | 9/18/2023 | $ | 385.00 |
| Espinoza | Ruben | 9/12/2022 | 8/17/2023 | $ | 1,848.00 |
| Fazio | Austin | 9/25/2023 | 12/31/2023 | $ | 530.40 |
| Figueroa | Rene | 11/15/2022 | 1/27/2023 | $ | 408.00 |
| Fincher | Eric | 5/6/2022 | 8/15/2022 | $ | 571.20 |
| Flores | Aaron | 7/13/2023 | 11/10/2023 | $ | 693.60 |
| Formantes | Micah | 1/27/2023 | 3/23/2023 | $ | 269.50 |
| Fox | Tyler | 5/10/2021 | 6/2/2022 | $ | 2,244.00 |
| Fragozo | Carlos | 7/18/2022 | 2/22/2023 | $ | 1,264.80 |
| Gallegos | Jonathan | 5/30/2023 | 7/7/2023 | $ | 192.50 |
| Garcia | Anthony | 1/18/2021 | 2/25/2022 | $ | 2,325.60 |
| Garcia | Naiomi | 9/27/2021 | 10/3/2021 | $ | 340.00 |
| Garduno | Frankie | 7/31/2023 | 12/31/2023 | $ | 856.80 |
| Giles | Chase | 6/22/2020 | 12/31/2023 | $ | 7,466.40 |
| Gladu | David | 3/15/2023 | 12/31/2023 | $ | 1,578.50 |
| Golden | Alan | 5/30/2023 | 8/4/2023 | $ | 367.20 |
| Gonzalez | Albert | 6/22/2020 | 7/26/2021 | $ | 2,325.60 |
| Gonzalez | Frank | 4/26/2021 | 8/22/2021 | $ | 616.00 |
| Gonzalez | Michael | 6/14/2021 | 7/25/2021 | $ | 192.50 |
| Gostomski | Mark | 6/22/2020 | 1/5/2022 | $ | 7,160.67 |
| Gray | Jeff | 6/22/2020 | 12/31/2023 | $ | 7,045.50 |
| Hayes | Colton | 2/19/2023 | 12/31/2023 | $ | 1,836.00 |
| Herrera | Joseph | 10/15/2021 | 5/6/2022 | $ | 1,116.50 |
| Hicks | Brandon | 4/18/2022 | 7/26/2023 | $ | 2,541.00 |
| Hicks | Elyjah | 3/20/2023 | 7/28/2023 | $ | 693.00 |
| Huckaby | Johnny | 1/25/2021 | 7/16/2021 | $ | 924.00 |
| Hunnicut | Hitton | 5/24/2021 | 7/25/2021 | $ | 252.00 |
| Jones | Wesley | 10/19/2020 | 12/20/2020 | $ | 308.00 |
| Koehler | Nate | 6/22/2020 | 8/31/2021 | $ | 2,387.00 |
| Koflanovich | Brian | 1/14/2022 | 12/31/2023 | $ | 3,927.00 |
| Kramer | Kurston | 9/13/2021 | 5/6/2022 | $ | 1,270.50 |
| Legatzki | William | 4/19/2021 | 5/23/2021 | $ | 163.20 |
| Legorreta-Hernandez | Jose | 10/26/2020 | 7/6/2021 | $ | 1,386.00 |
| Leon | Ernesto | 8/24/2020 | 1/13/2021 | $ | 770.00 |
| Lizarraga | Adan | 5/17/2021 | 3/9/2023 | $ | 3,835.20 |
| Lizarraga | Albert | 3/16/2021 | 2/4/2022 | $ | 1,876.80 |
| Lizarraga, Jr. | Jose | 6/22/2020 | 12/31/2023 | $ | 7,466.40 |
| Lizarraga, Jr. | Rene | 4/19/2021 | 8/31/2023 | $ | 5,018.40 |
| Lizarraga, Sr. | Jose | 6/22/2020 | 12/31/2023 | $ | 7,466.40 |
| Lizarraga, Sr. | Rene | 4/19/2021 | 3/9/2023 | $ | 3,998.40 |
| Lopez | Cesar | 6/22/2020 | 12/31/2023 | $ | 7,466.40 |
| Lueras | Elijah | 6/22/2020 | 10/11/2020 | $ | 577.50 |
| Lunsford | Mark | 7/13/2021 | 2/18/2022 | $ | 1,193.50 |

| Last | First | Start | End | Amount |
|---|---|---|---|---|
| Lupercio | Samuel | 6/2/2022 | 12/31/2023 | $ 3,345.60 |
| Mangione | Alessandro | 10/16/2023 | 12/31/2023 | $ 408.00 |
| Mangione | Steve | 12/6/2021 | 1/16/2022 | $ 192.50 |
| Mariscal | David | 5/16/2022 | 12/31/2023 | $ 3,234.00 |
| Marquardt | Jeff | 10/18/2023 | 12/31/2023 | $ 408.00 |
| Martinez | Irin | 7/6/2021 | 8/10/2021 | $ 204.00 |
| Martinez | Gabriel | 2/22/2021 | 10/1/2021 | $ 1,193.50 |
| Martinez | Marcos | 9/21/2020 | 12/31/2023 | $ 3,717.00 |
| Mays | Brendan | 6/1/2021 | 7/31/2021 | $ 308.00 |
| Maytorena | Saul | 4/13/2022 | 7/8/2022 | $ 489.60 |
| McClendon | Mark | 5/3/2021 | 10/24/2021 | $ 756.00 |
| Mendoza | Gabriel | 1/25/2021 | 10/3/2021 | $ 1,428.00 |
| Mikesell | Jason | 7/14/2021 | 12/31/2023 | $ 4,928.00 |
| Miranda | Felipe | 10/3/2023 | 11/6/2023 | $ 163.20 |
| Monge | Victor | 1/24/2022 | 4/7/2022 | $ 385.00 |
| Monge Jr | Samuel | 6/1/2021 | 5/6/2022 | $ 1,848.00 |
| Moreno | Anthony | 1/25/2022 | 4/28/2023 | $ 2,464.00 |
| Mulcahy | Patrick | 12/20/2021 | 3/23/2023 | $ 2,652.00 |
| Navarro | Judd | 8/7/2023 | 12/31/2023 | $ 816.00 |
| Nelson | Robert | 7/11/2023 | 12/31/2023 | $ 979.20 |
| Norton | Kevin | 8/30/2022 | 7/20/2023 | $ 1,771.00 |
| Olague | Juliana | 7/3/2023 | 12/31/2023 | $ 962.50 |
| Ortiz | Abraan | 10/24/2022 | 4/18/2023 | $ 962.50 |
| Ortiz | Angelo | 1/7/2022 | 3/9/2023 | $ 2,310.00 |
| Pacheco | Josannio | 2/13/2023 | 4/27/2023 | $ 385.00 |
| Pacheco | Lawrence | 7/20/2020 | 12/31/2021 | $ 2,887.50 |
| Padilla | Alfredo | 2/27/2023 | 5/5/2023 | $ 346.50 |
| Palmeri | Anthony | 6/22/2020 | 10/3/2022 | $ 4,252.50 |
| Palmeri | Vincent | 6/22/2020 | 9/25/2022 | $ 1,651.10 |
| Palmore | Timothy | 5/8/2023 | 12/31/2023 | $ 1,270.50 |
| Parrish | Daniel | 5/30/2023 | 8/11/2023 | $ 385.00 |
| Pazos | Jonathan | 3/1/2021 | 7/25/2021 | $ 770.00 |
| Pazos | Pedro | 3/1/2021 | 7/25/2021 | $ 770.00 |
| Peters | Eric | 7/13/2020 | 8/11/2020 | $ 126.00 |
| Phillips | Bryce | 4/4/2022 | 5/17/2023 | $ 2,233.00 |
| Phillips | Reginald | 12/6/2021 | 2/7/2022 | $ 2,387.00 |
| Pollack | Elisha | 3/15/2021 | 5/9/2021 | $ 269.50 |
| Poole | Daniel | 12/22/2022 | 7/31/2023 | $ 1,193.50 |
| Redford | Chad | 6/20/2021 | 1/16/2022 | $ 7,762.87 |
| Ritchie | Kyler | 9/20/2021 | 5/30/2022 | $ 1,578.50 |
| Rivera | Alex | 3/27/2023 | 12/31/2023 | $ 1,501.50 |
| Rodriguez | Jake | 6/22/2020 | 3/16/2021 | $ 1,550.40 |
| Rojas | Gilbert | 11/16/2020 | 3/8/2021 | $ 652.80 |
| Roush | Corey | 6/22/2020 | 12/28/2020 | $ 1,039.50 |
| Russell | Chance | 11/30/2020 | 8/9/2022 | $ 2,772.00 |
| Russell | Marty | 7/13/2020 | 3/23/2021 | $ 1,386.00 |
| Rutt | Korey | 3/15/2021 | 9/5/2021 | $ 1,809.50 |

| | | | | | |
|---|---|---|---|---|---|
| Salaz II | Antonio | 7/24/2023 | 9/22/2023 | $ | 252.00 |
| Salmoreno-Valles | Alondra | 6/11/2023 | 12/31/2023 | $ | 1,183.20 |
| Sandoval | Benigno | 6/22/2020 | 8/9/2021 | $ | 1,858.50 |
| Sandoval | Xavier | 2/8/2021 | 8/6/2021 | $ | 787.50 |
| Sargent | Russell | 5/3/2022 | 3/9/2023 | $ | 2,040.00 |
| Scarlett | Leslie | 11/4/2020 | 1/6/2021 | $ | 367.20 |
| Shaw | Ayddin | 5/30/2023 | 12/31/2023 | $ | 1,155.00 |
| Shawgo | Bobby | 6/22/2020 | 3/9/2023 | | $5,752.80 |
| Sias-Cuhen | Anthony | 7/27/2020 | 1/21/2021 | $ | 962.50 |
| Silva | Francisco | 9/29/2020 | 8/13/2021 | $ | 1,732.50 |
| Sindorf | Curtis | 6/22/2020 | 7/9/2023 | $ | 4,945.50 |
| Sisneros | Christopher | 10/18/2022 | 8/24/2023 | $ | 1,694.00 |
| Smith, Jr. | Bobby | 5/3/2021 | 8/8/2021 | $ | 500.50 |
| Soza | Robert | 7/20/2020 | 9/11/2020 | $ | 269.50 |
| Speese | Michael | 6/17/2021 | 12/31/2023 | $ | 5,082.00 |
| Tate | Logan | 3/27/2023 | 12/31/2023 | $ | 1,591.20 |
| Tejeda | Cesar | 6/22/2020 | 4/13/2023 | $ | 5,621.00 |
| Tobara | David | 2/15/2023 | 4/24/2023 | $ | 367.20 |
| Torres | Jesse | 7/27/2020 | 10/9/2020 | $ | 408.00 |
| Torres | Jose | 6/28/2022 | 9/9/2022 | $ | 385.00 |
| Torres | Salvador | 6/22/2020 | 12/31/2023 | $ | 7,045.50 |
| Trujillo-Lovato | Estevan | 11/1/2022 | 1/19/2023 | $ | 448.80 |
| Turrieta | Manuel | 6/23/2023 | 12/31/2023 | $ | 1,101.60 |
| Valdez | Alex | 2/22/2021 | 11/7/2021 | $ | 1,386.00 |
| Valdez | Bryan | 6/22/2020 | 10/22/2021 | $ | 2,656.50 |
| Valles | Carlos | 6/21/2022 | 12/31/2023 | $ | 3,223.20 |
| Vargas | Jose | 6/6/2022 | 3/9/2023 | $ | 1,591.20 |
| Vega | Seth | 1/31/2022 | 12/31/2023 | $ | 4,039.20 |
| Vertrees | Travis | 5/9/2023 | 12/31/2023 | $ | 1,270.50 |
| Villabisencio | Julian | 3/8/2021 | 10/1/2021 | $ | 1,116.50 |
| Waite | Adam | 6/22/2020 | 5/21/2021 | $ | 1,809.50 |
| Weatherbee | Samuel | 4/10/2023 | 12/31/2023 | $ | 1,165.50 |
| Wenzel | Jeff | 7/12/2020 | 6/19/2022 | $ | 3,888.50 |
| Windauer | Karl | 6/22/2020 | 12/31/2023 | $ | 7,045.50 |
| Witt | Nicolas | 1/30/2023 | 12/31/2023 | $ | 1,809.50 |
| Wood | Brian | 4/19/2021 | 10/3/2021 | $ | 885.50 |
| Ybarra | Ernesto | 3/24/2022 | 5/2/2022 | $ | 204.00 |
| Yepiz | Arturo | 6/14/2021 | 9/19/2021 | $ | 500.50 |
| Youngs | Travis | 3/7/2022 | 3/6/2023 | $ | 2,121.60 |
| | | | | | |
| | | | | $ | 331,443.22 |